**Opinion issued October 15, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00481-CV

———————————

## IN THE INTEREST OF D. G.-J., C.B. AND A. J., Children

On Appeal from the 306th District Court
Galveston County, Texas
Trial Court Case No. 12CP0033

## MEMORANDUM OPINION

Appellant has filed an unopposed motion to dismiss the appeal. No opinion has issued. Further, although appellants failed to include a certificate of conference in their motion, more than 10 days have passed and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Sharp, and Brown.